Clarence E. Soward and Creighton & Thomas, for appellants. James A. Watson, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

Grace Baker, appellee, v. East St. Louis Railway Company, appellant.

Opinion filed June 4, 1931.

McGlynn & McGlynn, for appellant. Ralph Cook and Beasley & Zulley, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

A. J. Webb, appellee, v. Great Northern Mutual Union et al., defendants. Chicago National Life Insurance Company, appellant.

Opinion filed June 4, 1931.

Lee D. Mathias, for appellant. H. E. Skinner, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

Fae Fierstine and Rosie Koplovitz, appellees, v. John L. Keeley and Viola Keeley, trading as Keestone Contracting Company, appellants.

Opinion filed June 4, 1931. Rehearing denied July 16, 1931.

T. A. O'Connor and McGlynn & McGlynn, for appellants. Louis Beasley and Edward C. Zulley, for appellees.

Mr. Justice Fulton delivered the opinion of the court.

R. J. Perry and Harriet E. Perry, plaintiffs in error, v. Mathew Valerius, Jr., defendant in error.

Opinion filed June 4, 1931. Rehearing denied July 16, 1931.

Ferdinand Tunnell, for plaintiffs in error. Francis J. Manning, for defendant in error.

Mr. Justice Fulton delivered the opinion of the court.

Edward Schiwitz, appellant, v. J. W. Bobbitt, appellee.

Opinion filed June 4, 1931.

C. O. Conley, for appellant; James O. Miller, of counsel. Ben M. Creamer, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.